UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, and APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK, and THE
NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS,

                        Petitioners,

        -against-

WALSINGHAM CONSTRUCTION INC.,
                        Respondent.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/2020

19 **CIVIL** 9085 (AT)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order and Judgment dated July 20, 2020, the petition to confirm the Award is GRANTED and judgment is entered in the amount of $51,265.80, plus pre-judgment interest at a rate of 7.5% per annum accruing from July 18, 2019 through the date of this judgment, in the amount of $3,887.07, and post-judgment interest at the statutory rate; accordingly, the case is closed.

**Dated:** New York, New York
        July 21, 2020

                                              **RUBY J. KRAJICK**
                                                Clerk of Court
                         **BY:**
                                                   **Deputy Clerk**